JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MITCHEL ZOHNER,<br><br>         Plaintiff,<br><br>     v.<br><br>CITY OF TORRANCE, a public entity; DAVID CHANDLER; BRANDEN NAKASHIMA; MARK PITTMAN; and DOES 1 through 10, inclusive,,<br><br>         Defendants. | Case No. CV 20-04719 MWF (RAOx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION AND ALL CLAIMS WITH PREJUDICE** |

FOR GOOD CAUSE SHOWING IT IS HEREBY ORDERED:

Based upon the joint stipulation of the parties and good cause showing, the entire action and all of plaintiff's claims are dismissed, with prejudice, including all claims brought against Defendants CITY OF TORRANCE, a public entity; DAVID CHANDLER; BRANDEN NAKASHIMA; and MARK PITTMAN (Defendants) in their entirety.  This dismissal constitutes a mutual waiver of all costs, court fees, and attorneys' fees arising out of claims between plaintiff and defendant.

IT IS SO ORDERED.

DATED:  November 29, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge